VERNON FRANCIS, *ET AL.*, PLAINTIFFS, AND ROBERT B. TURK, LIMITED GUARDIAN, PLAINTIFF-PETITIONER, v. WILLIAM HARRIS, *ET AL.*, DEFENDANTS AND ESSEX COUNTY WELFARE BOARD, DEFENDANT-RESPONDENT.

See same case below: 103 *N. J. Super.* 440.

*Mr. Robert B. Turk pro se.*

*Mr. John A. Matthews, Jr.* and *Mr. Felix A. Martino* for the respondent.

January 14, 1969. Denied.

IN THE MATTER OF THE ESTATE OF
JOHN ENGLIS, JR., DECEASED.

TRUST FOR THE BENEFIT OF BERTHA E. SAYRE.

*Messrs. Pitney, Hardin & Kipp, Mr. Roger C. Ward* and *Mr. William H. Hayatt, Jr.* for the petitioners.

*Messrs. Lebson & Prigoff, Mr. Thomas G. Loman,* and *Messrs. O'Mara, Schumann, Davis & Hession* for the respondents.

January 14, 1969. Granted.